IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUSTIN GOLLIHAR,

    Plaintiff,                      No. CIV S-06-0433 LKK PAN P

    vs.

SAN JOAQUIN COUNTY JAIL,

    Defendant.                   ORDER

_____/

        On March 1, 2006, plaintiff, an inmate at the San Joaquin County Jail, filed a letter seeking mental health care. No other pleadings were filed by the plaintiff. On March 24, 2006, plaintiff was granted thirty days in which to file a complaint and to either pay the $250.00 filing fee required for a civil rights action or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). That order came back undelivered, and on May 16, 2006, this court adopted findings and recommendations filed by the magistrate judge on April 7, 2006 and dismissed this action due to plaintiff's failure to keep the court apprised of his current address. Judgment was entered on the same day. On May 22, 2006, plaintiff filed notice that his inmate identification number had been changed and that was the reason for the non-delivery of his mail.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. This court's May 16, 2006 order and the judgment thereon are vacated;

1

2. The Clerk of the Court is directed to reopen this action; and

3. This matter is remanded to the magistrate judge for further proceedings

DATED: June 7, 2006.

_____
Lawrence K. Karlton
Senior Judge
U.S. District Court

/goll0433.vac