IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUSTIN GOLLIHAR,

        Plaintiff,                    No. CIV S-06-0433 LKK EFB P

        vs.

SAN JOAQUIN COUNTY JAIL,
et al.,                                FINDINGS AND RECOMMENDATIONS

        Defendants.
_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On November 14, 2007, the court dismissed plaintiff's amended complaint for failure to name individual defendants allegedly responsible for violating his constitutional rights, and directed plaintiff to file a second amended complaint. The court cautioned plaintiff that failure to file a second amended complaint in accordance with that order would result in a recommendation that this action be dismissed.

        On November 26, 2007, plaintiff filed a second amended complaint. In his complaint, plaintiff is able to approximate dates and provide descriptions of the actions he alleges violated his constitutional rights, but he again fails to name individual defendants, stating "[t]he San Joaquin County Jail will not return letters with info on defendants names, dates, excetra [sic]." Despite three opportunities to do so, plaintiff has failed to file a cognizable complaint.

1  Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's second amended
2 complaint be dismissed, without further leave to amend, for failure to identify defendants, and
3 that the Clerk of the Court be directed to close this case.
4  These findings and recommendations are submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
6 after being served with these findings and recommendations, any party may file written
7 objections with the court and serve a copy on all parties.  Such a document should be captioned
8 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
9 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
10 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
11 Dated: February 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE