IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUSTIN GOLLIHAR,

     Plaintiff,                    No. CIV S-06-0433 LKK EFB P

    vs.

SAN JOAQUIN COUNTY JAIL,
et al.,

     Defendants.         <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 12, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

1.  The findings and recommendations filed February 12, 2008, are adopted in full; and

2.  Plaintiff's second amended complaint is dismissed, without further leave to amend, for failure to identify defendants; and

3.  The Clerk is directed to close the case.

DATED: March 25, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT